UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:20-CR-01431 MV |
| | ) | |
| **ANTHONY ONTIVEROS** | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, Defendant, Anthony Ontiveros, by and through attorney of record Meredith M. Baker of the Law Office of Meredith Baker LLC, and for the Motion to Withdraw as Counsel STATES:

1. This Court has jurisdiction over the parties and subject matter.

2. Mr. Ontiveros is charged by Indictment with one count of possession with intent to distribute 50 grams and more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), one count of knowingly possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i), and felon in possession of a firearm in violation of 18 U.S.C §§ 922(g)(1) and 924. [Doc.12].

3. Counsel was appointed to represent Defendant on July 22, 2021.

4. On July 27, 2021, counsel requested an attorney visit with Defendant, and received the next available appointment for July 30, 2021.

5. Counsel met with Defendant on July 30, 2021.

6.  Defendant believes that counsel is actively working against him and kicked counsel out of the conference room.

7.  Defendant filed a motion, stating that no counsel had contacted him. Doc. 36.

8.  There is no established attorney-client relationship due to Defendant's disposition.

Assistant United States Attorney Mark Pfizenmayer does not oppose this motion.

**WHEREFORE**, Defendant, respectfully requests that this Honorable Court allow counsel to withdraw.

Respectfully submitted,

*Meredith Baker*

Meredith M. Baker
P.O. Box 7415
Albuquerque, NM 87194
Tel: (505) 697-1900
Fax: (505) 933-6363

I hereby certify that a true and correct copy
of this pleading was transmitted to counsel of record on September 23, 2021

*Meredith Baker*

Meredith M. Baker